UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AUDREY ALOZIE EL | CIVIL ACTION NO. 17-1339 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Plaintiff Audrey Alozie El's "Petition for Injunctive Relief." Record Document 3. She seeks a temporary restraining order, a preliminary injunction, and a permanent injunction. See id. at 3. To obtain such relief, she would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Because Plaintiff has failed to make such a showing, her request for a temporary restraining order (Record Document 3) is **DENIED**. The Court will take up further proceedings at a later date regarding Plaintiff's request for a preliminary and permanent injunction.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 20th day of October, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE